UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03883-PD Date: August 5, 2026

Title *Yang Xiang v. James Janecha, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| | |
|---|---|
| Isabel Verduzco | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| N/A | N/A |

**Proceedings (In Chambers): Order Requiring Status Report from Respondents**

On July 23, 2026, the Court issued an order releasing Petitioner from custody and ordered Respondents to file, within three days of release, a status report confirming Petitioner had been released. Dkt. No. 9.

No confirmation of release has been filed.

Respondents are ordered to file a status report by **August 7, 2026,** stating whether and when Petitioner was released.

**IT IS SO ORDERED**.