JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

YANG XIANG,

Petitioner,

v.

JAMES JANECHA, Warden of Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-03883-PD

**JUDGMENT**

**A# 232-628-229**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Claim One, and the remaining claim is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: August 6, 2026

Patricia Donahue
United States Magistrate Judge